# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES D. BARRY,<br>　　　Plaintiff,<br>　v.<br><br>PHILLIP M. WHEELER, *et al.*,<br>　　　Defendants.<br><br>　and<br><br>FRANCISCO SEURO, *et al.*,<br>　　　Plaintiffs,<br>　v.<br><br>PHILLIP M. WHEELER, *et al.*,<br>　　　Defendants. | No. 4:16-CV-02248<br><br>(Judge Brann) |

## ORDER

### APRIL 30, 2019

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that the Motion for Summary Judgment filed by Defendants Phillip M. Wheeler and Werner Enterprises, Inc., ECF No. 64, is **GRANTED IN PART** and **DENIED IN PART** as follows:

   1.   With respect to Plaintiff James D. Barry's claims against Defendants Phillip M. Wheeler and Werner Enterprises, Inc. for punitive damages, the motion is **GRANTED**.

2. With respect to Plaintiff James D. Barry's claims against Defendant Werner Enterprises, Inc. for negligent hiring and negligent entrustment, the motion is **GRANTED**.

3. The motion is otherwise **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge